FILED
AUG 27 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF...
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMES DAVID LOGAN,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. DIETCH, et al.,<br><br>          Defendants. | Case No.  CV 08-1977-SJO (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint and all of the records and files herein including the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the complaint without prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: _____6/24/08_____

_____
S. James Otero
United States District Judge