Ent - JS 6

FILED
AUG 27 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SA...

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES DAVID LOGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. DIETCH, et al.,<br><br>    Defendants. | Case No. CV 08-1977-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that this action be dismissed without prejudice.

Dated: 8/26/08

S. James Otero
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY